IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHAWN MICHAEL MARTIN,

    Plaintiff,

v.

SERGEANT LARKIN, et al.,

    Defendants.

Case No. 2:18-cv-00663-YY

ORDER

YOU, Magistrate Judge.

Plaintiff, an inmate at the Snake River Correctional Institution, brings this civil rights action pursuant to 42 U.S.C. § 1983 *pro se*. Currently before the Court is plaintiff's Motion to Voluntarily Dismiss Without Prejudice (ECF No. 120). All parties have consented to allow a Magistrate Judge to enter final orders and judgment in this case in accordance with Fed. R. Civ. P. 73 and 28 U.S.C. § 636(c), and defendants have informed the Court that there is no objection to plaintiff's Motion.

1 - ORDER

Accordingly, the Court GRANTS plaintiff's Motion to Voluntarily Dismiss Without Prejudice (ECF No. 120). The Court FINDS MOOT all other pending Motions. The voluntary dismiss of this action is not a dismissal subject to the provisions of 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

DATED this 2nd day of July, 2019.

/s/ Youlee Yim You
Youlee Yim You
United States Magistrate Judge

2 - ORDER